# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>10) MICHAEL B. WEEKES<br><br>DEFENDANT(S). | CASE NUMBER<br><br>SA CR 16-0076 JVS<br><br>**ORDER OF TEMPORARY DETENTION**<br>**PENDING HEARING PURSUANT**<br>**TO BAIL REFORM ACT** |
|---|---|

Upon motion of _____ , IT IS ORDERED that a detention hearing
is set for _____Wednesday, November 1_____ , ___2017___ , at __2:00__ ☐a.m. / ☒p.m. before the
Honorable _Jay C. Gandhi_____ , in Courtroom _6A_____ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
_____*(Other custodial officer)*_____

Dated: ___October 23, 2017_____         _____
                                          Jay C. Gandhi, Magistrate Judge